# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON COLON,<br><br>                    Plaintiff,<br><br>     v.<br><br>WASHOE COUNTY SCHOOL<br>DISTRICT, et al.,<br><br>                    Defendants. | 3:25-cv-00122-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 6 |

Before the court is Defendant's Motion to Extend Deadline to File Responsive Pleading. (ECF No. 6.)

Good cause appearing, Defendant's Motion to Extend Deadline to File Responsive Pleading (ECF No. 6) is **<u>GRANTED</u>** to the extent that Defendant shall have to and including **Thursday, May 1, 2025,** in which to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED:  March 25, 2025.

_____
Craig S. Denney
United States Magistrate Judge

1