Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

1  Kevin A. Pick, Esq., Nev. Bar No. 11683
   kevin.pick@washoeschools.net
2  Andrea L. Schulewitch, Esq., Nev. Bar No. 15321
   andrea.schulewitch@washoeschools.net
3  WASHOE COUNTY SCHOOL DISTRICT
   P.O. Box 30425
4  Reno, NV 89520-3425
   Telephone: 775-348-0300
5  Fax: 775-333-6010
   Attorneys for Defendant Washoe County School District

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| SHANNON COLON, | CASE NO.: 3:25-CV-00122 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO EXEMPT A BOARD MEMBER OF THE BOARD OF TRUSTEES FROM PARTICIPATION IN VIRTUAL EARLY NEUTRAL EVALUATION** |
| WASHOE COUNTY SCHOOL DISTRICT, and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to this Court's Order dated May 9, 2025, Order Scheduling Virtual Early Neutral Evaluation (ECF No. 14), Defendant Washoe County School District (District) respectfully requests an exception to the Virtual Early Neutral Evaluation requirements exempting the attendance of a member of the Board of Trustees (Board). In addition to the undersigned counsel, the District's client representative Deputy Superintendent Tiffany McMaster will be in attendance at the Virtual Early Neutral Evaluation. Ms. McMaster has settlement authority up to the dollar amount that requires full Board approval at a public meeting. Since full Board approval at a public meeting is required for any settlement amount in excess of their authority, a single Board Member at the Virtual Early Neutral Evaluation outside of a public meeting does not have legal authority under NRS Chapter 241 to provide settlement authority. Accordingly, the District hereby requests

1

that the Board Member's attendance at the Virtual Early Neutral Evaluation scheduled for Tuesday, July 1, 2025, be exempted. This request is made for the purpose of promoting judicial economy and saving time and expense for the parties. See Fed. R. Civ. P. 1.

DATED this 14th day of May, 2025.

WASHOE COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ Kevin A. Pick, Esq.
KEVIN A. PICK, ESQ.
Nev. Bar No. 11683
ANDREA L. SCHULEWITCH, ESQ.
Nev. Bar No. 15321
Attorneys for Defendant
WASHOE COUNTY SCHOOL DISTRICT

**ORDER**

IT IS SO ORDERED.

DATED: May 14, 2025

_____
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the WASHOE COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL and that on this date, I served a true and correct copy of the preceding document addressed to the following:

Ronald J. Dreher
Dreher Law
P.O. Box 6494
Reno, NV 89513

by electronically filing the foregoing document with the Clerk of the Court which served Mr. Dreher electronically.

DATED this 14th day of May, 2025.

*/s/ Kaaren Andersen*
Kaaren Andersen