Kevin A. Pick, Esq., Nev. Bar No. 11683
kevin.pick@washoeschools.net
Andrea L. Schulewitch, Esq., Nev. Bar No. 15321
andrea.schulewitch@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendant Washoe County School District

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON COLON,<br><br>    Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.: 3:25-cv-00122-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective counsel of record, having settled all claims in this matter, hereby stipulate to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and of the Local Rules of Practice for the United States District Court for the District of Nevada Rule LR 7-1, with each party bearing their own fees and costs. The

///

///

///

parties further stipulate that the jury fees deposited by Plaintiff, if any, may be returned to Plaintiff's counsel.

DATED this 15th day of August, 2025.                    DATED this 15th day of August, 2025.

DREHER LAW                                               WASHOE COUNTY SCHOOL DISTRICT
                                                         OFFICE OF THE GENERAL COUNSEL


By: /s/Ron Dreher, Esq.                                  By: /s/Kevin A. Pick, Esq.
    RON DREHER, ESQ.                                  KEVIN A. PICK, ESQ.
    Nev. Bar No. 15726                                 Nev. Bar No. 11683
    P.O. Box 6494                                      ANDREA L. SCHULEWITCH, ESQ.
    Reno, Nevada 89513                                 Nev. Bar No. 15321
                                                             P.O. Box 30425
    Counsel for Plaintiff                              Reno, NV 89520-3425

                                                             Counsel for Washoe County School District

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the above-referenced case, Case No. 3:25-cv-00122, is dismissed with prejudice. Each party shall bear their own fees and costs, and the jury fees deposited by Plaintiff may be returned to Plaintiff's counsel.

IT IS SO ORDERED this 15th day of August, 2025.



_____
UNITED STATES MAGISTRATE JUDGE